No. 78–329. Bellotti, Attorney General of Massachusetts, et al. v. Baird et al.; and

No. 78–330. Hunerwadel v. Baird et al. D. C. Mass. [Probable jurisdiction noted, ante, p. 925.] Motion for appointment of Alan Ernest as counsel or guardian ad litem for unborn children denied.

No. 78–5633. Carter v. Bue, U. S. District Judge;

No. 78–5747. Carbino et al. v. United States Court of Appeals for the Third Circuit; and

No. 78–5799. Green v. Ralston, Judge. Motions for leave to file petitions for writs of mandamus denied.

No. 78–5717. Green v. Clerk, U. S. District Court, Western District of Missouri. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 78–759. Leroy, Attorney General of Idaho, et al. v. Great Western United Corp. Appeal from C. A. 5th Cir. Probable jurisdiction noted.

No. 78–223. National Labor Relations Board v. Baptist Hospital, Inc. C. A. 6th Cir. Certiorari granted.

No. 78–625. Andrus, Secretary of the Interior, et al. v. Sierra Club et al. C. A. D. C. Cir. Certiorari granted.

No. 78–690. Reiter v. Sonotone Corp. et al. C. A. 8th Cir. Certiorari granted.

No. 78–711. Southeastern Community College v. Davis. C. A. 4th Cir. Certiorari granted.

No. 78–744. United States v. Timmreck. C. A. 6th Cir. Certiorari granted.